UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA

FILED
MAY - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. CR 07-200 56 |
| JAMES PIERCE, | ) Violations: Title 18, United States |
| | )  Code, Section 1344 |
| Defendant. | ) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

COUNT ONE

1. At all times material to the indictment:

    a.  Main Street Bank & Trust was a financial institution located in Decatur, Illinois, in the Central District of Illinois. The deposits of Main Street Bank & Trust were insured by the Federal Deposit Insurance Corporation, (FDIC).

    b.  The defendant, James Pierce, was employed at Main Street Bank & Trust and administered commercial and personal loans.

    c.  In his capacity, the defendant was able to approve unsecured loans of up to $50,000, and secured loans of up to $150,000, without supervisory authorization.

    d.  As an experienced bank officer, the defendant was familiar with certain basic precepts in banking which included generation of loans only when a customer applied for the loan and provided full financial background information to the bank; he also understood he should never remove funds from customer loan accounts without the customer's knowledge and authority.

  e. The defendant also had access to internal bank documents which indicated when loans were due and/or when loan interest payments were due. He knew that missed payments would cause a loan to appear on a "past due" list and that his superiors at the bank carefully reviewed the "past due" list. Loans that were on the past due list were subject to being "written off" which would cause the bank to take a financial loss.

  f. The defendant personally knew the loan customers and they personally trusted him as their loan officer; he knew their names, their financial histories and knew he could explain to these individuals that the bank had a paperwork problem if a statement was actually sent out.

 2. From on or about September, 2004, or before, through September 2006, in Decatur, Illinois, in the Central District of Illinois, and elsewhere,

**JAMES PIERCE**,

defendant herein, obtained approximately $130,000 to which he was not entitled in that he knowingly executed a scheme to defraud and obtain money and funds belonging to Main Street Bank & Trust by means of materially false and fraudulent pretenses, representations, and promises.

 3. As part and in furtherance of the scheme, JAMES PIERCE, applied for loans under names of family members, friends and previous customers. PIERCE's position enabled him to approve the false loans.

4. As part and in furtherance of the scheme, JAMES PIERCE made the loans single payments due annually. These loans do not require statements to be mailed, thus avoiding possible detection by the actual person in whose names these loans were made.

5. As part and in furtherance of the scheme, JAMES PIERCE kept the loans within his approval limit, thus avoiding the need for approval of these loans by his superiors.

6. As part and in furtherance of the scheme, JAMES PIERCE, took the falsely obtained loan proceeds and deposited them into his account or an account controlled by him and utilized the funds for personal matters.

7. As part and in furtherance of the scheme, and to conceal and perpetuate the scheme, JAMES PIERCE, periodically "paid off" older loans with the proceeds of newer loans.

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL.

s/ Foreperson
FOREPERSON

s/ J. Childress

RODGER A. HEATON
United States Attorney

CSB